LOUISIANA
STATE BANK.
*vs.*
ELLERY.

*Grymes* for the plaintiffs, *Hennen* for the defendant.

---

### *RICHARDS & AL.* vs. *MORGAN.*

APPEAL from the court of the parish and city of New-Orleans.

MARTIN, J. delivered the opinion of the court. The plaintiffs, having obtained judgment against Gilly, as bail of Blair, their judgment debtor, and being unable to obtain satisfaction, alleging the insufficiency of Gilly, proceeded against the present defendant, the sheriff, who had arrested their judgment debtor, claiming $257, with interest from the 26th of March, 1823. They had judgment and the defendant appealed.

No appeal lies from a judgment given against a sheriff, on account of his having taken insufficient bail when less than $300 is claimed from him, although more was demanded from the defendant in the original suit.

Their counsel demands the dismissal of the appeal, the suit being for less than $300. The application is resisted on the ground that the o-

East'n. District.
July 1825.

RICHARDS
& AL.
vs.
MORGAN,

riginal suit, on which bail was taken, was for a much larger claim, & that the prosecution of the insufficient bail, and the present defendant are mere incidents or accessories, which follow the nature of the principal action; the case is likened to a suit. in the court of the United States, in which the bail and marshal may be attacked in that court, although the bail may be a citizen of another state than that in which he is sued.

It appears to us that the notice, given to the sheriff that the plaintiffs considered him as liable to pay the amount of the judgment, on the ground of his having taken insufficient bail, although it may be a continuation of the original suit, is *quoad* the sheriff, an original claim; not unlike that of a surety sued for a claim against his principal, ascertained by judgment. It could not be urged, that, because the plaintiffs have demanded more than $300 from the principal, the surety could appeal on a suit in which a claim, for less than that sum, was brought against him.

It is therefore ordered, adjudged and decreed, that the appeal be dismissed with costs.

*Preston* for the plaintiffs, *Duncan* for the deendant.